# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAAKOV LEVY,<br><br>                Plaintiffs,<br><br>   v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA; DOE ADJUSTER and DOES 1 TO 100,<br><br>                Defendants. | Case No. 2:21-cv-08520-SSS-Ex<br><br>**JUDGMENT** |

    The motion for summary judgment by defendant Safeco Insurance Company of America ("Safeco") has been duly considered by the Honorable Sunshine S. Sykes. After full consideration of the evidence and points and authorities submitted by both parties and a decision having been duly rendered, the Court finds that Safeco has shown by admissible evidence and reasonable inferences therefrom, not contradicted by other evidence or inferences, that the all causes of action alleged by plaintiff Yaakov Levy ("Plaintiff") fail as a matter of law and that there is no triable issue of any material fact with respect thereto, and therefore, Safeco is entitled to judgment in its favor and against Plaintiff as to Plaintiff's entire Complaint.

    IT IS THEREFORE ORDERED AND ADJUDGED that Safeco's Motion for Summary Judgment is GRANTED IN ITS ENTIREY.

{06565157.1}

JUDGMENT

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed on the merits, and that Safeco recover its costs.

DATED: September 19, 2022

_____
HON. SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE